Submitted on record and briefs March 8, reversed and remanded April 4, 1984

## STATE OF OREGON,
*Appellant,*

*v.*

## KENNETH CHARLES BASTIAN,
*Respondent.*

### (DUC 5822; CA A29269)

678 P2d 780

Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and William F. Nessly, Jr., Assistant Attorney General, Salem, filed the brief for appellant.

Timothy M. Bowman, Hillsboro, appeared for respondent.

Before Joseph, Chief Judge, Richardson, Presiding Judge, and Newman, Judge.

PER CURIAM

## PER CURIAM

Respondent confesses error. The trial judge erred in interpreting the initial order of dismissal as being intended to bar further prosecution of the charge against defendant. *See State v. Faulkner,* 30 Or App 1027, 568 P2d 714 (1977).

Reversed and remanded for trial.